UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM-RAYEH WATLEY,

    Plaintiff,

v.

GRETCHEN WHITMER, et al.,

    Defendant.

_____/

Case No. 23-cv-10831
Hon. Matthew F. Leitman

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF NO. 35)

On June 15, 2023, the Court entered an order dismissing this action on the ground that the claims asserted by Plaintiff, who had been granted leave to proceed in forma pauperis, were frivolous. (*See* Order, ECF No. 34.) Plaintiff has filed a motion for reconsideration. (*See* Mot., ECF No. 35.) The motion is DENIED because Plaintiff has not demonstrated any error in the Court's ruling.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1